# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN ANTONIO TORRES ROCHA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 1:26-cv-04865-KES-EPG-HC<br><br>ORDER DIRECTING COUNSEL FOR PETITIONER TO FILE RESPONSE TO PETITIONER'S EMERGENCY MOTION<br><br>(ECF No. 9) |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 29, 2026, the Court received an emergency motion to withdraw counsel and dismiss the pending habeas petition filed by Petitioner *pro se*. Therein, Petitioner states that an immigration judge has granted voluntary departure and this habeas proceeding is preventing his voluntary departure. (ECF No. 9.)

Within **FIVE (5) days** of the date of service of this order, counsel for Petitioner SHALL FILE a response to the emergency motion.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE